UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION

                Plaintiff,

v.

REVELATION CAPITAL MANAGEMENT, LTD.,
and CHRISTOPHER P.C. KUCHANNY,

                Defendants.

14-CV-645 (VEC)

NOTICE OF APPEARANCE

---

        PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters his appearance as attorney of record for Defendants Revelation Capital Management, Ltd., and Christopher P.C. Kuchanny in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
       October 8, 2014

                              Respectfully submitted,

                              SEWARD & KISSEL LLP

                              By: _____
                                  Jack Yoskowitz
                              One Battery Park Plaza
                              New York, New York  10004
                              Tel.:(212) 574-1200
                              Fax:(212) 480-8421

SK 28185 0001 6150694