UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>       Plaintiff,<br><br>     v.<br><br>REVELATION CAPITAL MANAGEMENT, LTD., and CHRISTOPHER P.C. KUCHANNY,<br><br>       Defendants. | 14-CV-645 (VEC)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters his appearance as attorney of record for Defendants Revelation Capital Management, Ltd., and Christopher P.C. Kuchanny in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
   October 8, 2014

Respectfully submitted,

SEWARD & KISSEL LLP

By: */s/ Mandy DeRoche*
   Mandy DeRoche

One Battery Park Plaza
New York, New York 10004
Tel.:(212) 574-1200
Fax:(212) 480-8421

SK 28185 0001 6153111