**SEWARD & KISSEL LLP**

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

JACK YOSKOWITZ
Partner
(212) 574-1215
yoskowitz@sewkis.com

October 23, 2014

**VIA ECF**

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

> Re: *Securities and Exchange Commission v. Revelation Capital Management, Ltd., and Christopher P.C. Kuchanny, C*ase No. 14 Civ. 0645

Dear Judge Caproni:

We respectfully submit this letter in the above-referenced action pursuant to Your Honor's Individual Practices to request an adjournment of the discovery deadlines and pre-trial conference date presently scheduled in this case. We are new counsel to Defendants and filed a Notice of Appearance on October 8, 2014. The Securities and Exchange Commission joins in our request.

The foremost reason for our joint request for an adjournment is the need for letters of request pursuant to Fed. R. Civ. P. 28(b) for several witnesses. Once Seward & Kissel LLP was retained, we and the SEC immediately began discussions concerning the out-of-country witnesses in this action and the best way to procure documents and testimony. At this time, at least two witnesses will not consent to comply with discovery requests without a letter of request. The parties will soon be ready to jointly submit a Fed. R. Civ. P. 28(b) application to the Court, and we understand that, once the letters of request are issued and approved and deposition dates are finalized, Canadian authorities will require several weeks advance notice before granting foreign counsel permission to enter the country to take testimony. In addition, the parties are in the midst of document collection and production efforts, and discussions thereto, and productive settlement discussions have been ongoing throughout our discovery efforts.

There have been no previous requests for adjournment or extension of time in this matter and all parties consent to the request.

The Honorable Valerie Caproni
October 23, 2014
Page 2

      Below are the original dates in the Civil Case Management Plan and Scheduling Order, dated August 8, 2014 and proposed alternative dates:

|  | Original Date | Proposed Alternative Date |
|---|---|---|
| Fact Discovery Completion (§5(a)) | November 6, 2014 | March 5, 2015 |
| Next Pretrial Conference (§10) | November 7, 2014 | March 6, 2015 |
| Expert Discovery Completion (§5(b)) | December 22, 2014 | April 22, 2015 |

      We appreciate the Court's consideration in this matter.

      Respectfully submitted,

      SEWARD & KISSEL LLP
      *Attorneys for Defendants*

      By: s/ Jack Yoskowitz
          Jack Yoskowitz
          Mandy DeRoche

One Battery Park Plaza
New York, New York  10004

Tel.:   (212) 574-1200
Fax:   (212) 480-8421

cc:    Charles D. Stodghill
       Securities and Exchange Commission
       100 F Street N.E.
       Washington, DC  20549-4030

SK 28185 0001 6165680 v2