**SEWARD & KISSEL LLP**

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

JACK YOSKOWITZ
PARTNER
(212) 574-1215
yoskowitz@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

February 18, 2015

**VIA ECF**

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

Re: *Securities and Exchange Commission v. Revelation Capital Management, Ltd., and Christopher P.C. Kuchanny*, Case No. 14 Civ. 0645

Dear Judge Caproni:

We respectfully submit this letter in the above-referenced action pursuant to Your Honor's Individual Practices to request an adjournment of the discovery deadlines and pre-trial conference date presently scheduled for March 6, 2015. The Securities and Exchange Commission joins in our request.

The parties are in the midst of settlement discussions and a brief adjournment will save the parties significant resources, as discovery in this case will require several letters of request pursuant to Fed. R. Civ. P. 28(b) and approval from authorities both domestic and abroad.

A previous request for an adjournment of time was requested in this matter on October 23, 2014. Below are the current dates in this action, and proposed alternative dates if satisfactory to the Court:

|  | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Completion (§5(a)) | March 5, 2015 | June 4, 2015 |
| Next Pretrial Conference (§10) | March 6, 2015 | June 5, 2015 |
| Expert Discovery Completion (§5(b)) | April 22, 2015 | July 22, 2015 |

The Honorable Valerie Caproni
February 18, 2015
Page 2

      We appreciate the Court's consideration in this matter.

      Respectfully submitted,

SEWARD & KISSEL LLP
*Attorneys for Defendants*

By: _____
    Jack Yoskowitz
    Mandy DeRoche

One Battery Park Plaza
New York, New York  10004
Tel.:  (212) 574-1200
Fax:  (212) 480-8421

cc (by email):  Charles D. Stodghill, Esq.
              U.S. Securities and Exchange Commission

SK 28185 0001 6352110