UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>                    Plaintiff,<br><br>            v.<br><br>REVELATION CAPITAL MANAGEMENT, LTD., and CHRISTOPHER P.C. KUCHANNY,<br><br>                    Defendants. | 14-CV-645 (VEC)<br><br>NOTICE OF APPEARANCE |

         PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby respectfully enters his appearance as attorney of record for Defendants Revelation Capital Management, Ltd., and Christopher P.C. Kuchanny in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
       May 18, 2015

                                           Respectfully submitted,

                                           SEWARD & KISSEL LLP

                                           By:   /s/ Thomas Ross Hooper
                                                    Thomas Ross Hooper

                                           One Battery Park Plaza
                                           New York, New York  10004
                                           Tel.: (212) 574-1200
                                           Fax: (212) 480-8421

SK 28185 0001 6603509