**MEMO ENDORSED**

# SEWARD & KISSEL LLP

WRITER'S DIRECT DIAL
(212) 574-1385

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2015

May 18, 2015

**VIA ECF**

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

Re: *Securities and Exchange Commission v. Revelation Capital Management, Ltd., and Christopher P.C. Kuchanny*, Case No. 14 Civ. 0645

Dear Judge Caproni:

Please be advised that, effective May 18, 2015, I will no longer be associated with Seward & Kissel LLP and thus seek to withdraw my representation of Defendants in the above-referenced action. Jack Yoskowitz and T. Ross Hooper of Seward & Kissel LLP will continue to represent Defendants in this action, and no party will be prejudiced whatsoever by this withdrawal.

Respectfully,

Mandy DeRoche

cc: All Counsel (via ECF)

SO ORDERED.

*/s/ Valerie Caproni*
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

May 18, 2015

SK 28185 0001 6597984