USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :
                            Plaintiff, :
                                       :         14-CV-645 (VEC)
            -against-                  :
                                       :              ORDER
REVELATION CAPITAL MANAGEMENT, LTD.,   :
CHRISTOPHER P.C. KUCHANNY,             :
                                       :
                          Defendants.  :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        Pursuant to the Court's July 24, 2015, status conference, it is hereby ORDERED that the

parties' motions to preclude expert testimony shall be filed no later than September 9, 2015.

Responses shall be filed no later than October 7, 2015.  Replies shall be filed no later than

October 21, 2015.


**SO ORDERED.**

**Date:   July 24, 2015**                    _____
**        New York, New York**               **VALERIE CAPRONI**
                                             **United States District Judge**