**MEMO ENDORSED**

# Davis Polk

New York | Paris
Menlo Park | Madrid
Washington DC | Tokyo
São Paulo | Beijing
London | Hong Kong

**Jason McCullough**

Davis Polk & Wardwell LLP
901 15th Street, NW
Washington, DC 20005

202 962 7140 tel
202 962 7111 fax
jason.mccullough@davispolk.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2015
```

July 27, 2015

Re: Securities and Exchange Commission v. Revelation Capital Management and Christopher P.C. Kuchanny, No. 14-CV-0645 (VEC)

The Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

Dear Judge Caproni:

On behalf of myself and Linda Chatman Thomsen, we respectfully request your order granting approval to withdraw from our representation of Defendants in the above-referenced matter. Jack Yoskowitz and T. Ross Hooper of Seward & Kissel LLP will continue to represent Defendants in this matter, and no party will be prejudiced by our withdrawal. Defendants and counsel at Seward & Kissel LLP consent to this request. As required under Rule 1.4, I declare that Davis Polk & Wardwell LLP is not asserting a lien.

Respectfully submitted,

*/s/ Jason McCullough*

Jason McCullough

BY EMAIL AND ECF
CC: All Counsel of Record (via ECF)

SO ORDERED.

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

JULY 28, 2015