UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | 14-cv-0645 (VEC) |
| REVELATION CAPITAL MANAGEMENT, LTD. and CHRISTOPHER P.C. KUCHANNY, | |
| Defendants. | |

_____

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' EXPERT REPORT AND PRECLUDE THE EXPERT FROM TESTIFYING**

Plaintiff Securities and Exchange Commission (the "Commission"), respectfully moves to strike the report of Defendants' expert Dennis Dumas and for entry of an order precluding Dumas from testifying in this matter. The grounds in support of this motion are set forth in the accompanying memorandum and exhibits thereto.

Respectfully submitted,

  /S/ Charles Stodghill
Charles D. Stodghill
Lauren B. Poper
Division of Enforcement
Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549
(202) 551-4413 (Telephone)
(202) 772-9246 (Facsimile)
E-Mail: stodghillc@sec.gov

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, I caused copies of the foregoing to be served via email upon the following:

Jack Yoskowitz, Esquire
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004

/S/ Charles D. Stodghill
Charles D. Stodghill