Jack Yoskowitz (JY-3935)
Thomas Ross Hooper (TH-4554)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile:  (212) 480-8421

*Attorneys for Revelation Capital Management, Ltd.
and Christopher P.C. Kuchanny*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>                      Plaintiff,<br><br>                    v.<br><br>REVELATION CAPITAL MANAGEMENT, LTD., and CHRISTOPHER P.C. KUCHANNY,<br><br>                    Defendants. | No. 14 Civ. 645 (VEC)<br><br>**NOTICE OF MOTION** |

       PLEASE TAKE NOTICE that upon the accompanying Declaration of Jack Yoskowitz, dated September 9, 2015, including all exhibits annexed thereto, the accompanying Memorandum of Law dated September 9, 2015, and upon all prior pleadings and proceedings herein, Defendants Revelation Capital Management, Ltd. and Christopher P.C. Kuchanny ("Defendants"), by and through their counsel, shall move this Court, before the Honorable Valerie E. Caproni, United States District Judge, United States District Court, Southern District of New York, 40 Foley Square, New York, New York, at a date and time to be set by the Court for an Order, excluding the testimony of Plaintiff's expert witness Guy Erb pursuant to Federal Rules of Evidence 702 and 403 and for such other relief as the Court deems just and proper.

Defendants respectfully request that oral argument be set at a date and time determined by this Court.

New York, New York
September 9, 2015

                                  Respectfully submitted,

                                  SEWARD & KISSEL LLP

                                  By: /s/ Jack Yoskowitz_____
                                       Jack Yoskowitz (JY-3935)
                                       Thomas Ross Hooper (TH-4554)
                                       One Battery Park Plaza
                                       New York, New York 10004

                                       Tel.:  (212) 574-1200
                                       Fax:  (212) 480-8421

                                  ATTORNEYS FOR CHRISTOPHER P.C. KUCHANNY AND REVELATION CAPITAL MANAGEMENT, LTD.