Jack Yoskowitz (JY-3935)
Thomas Ross Hooper (TH-4554)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Revelation Capital Management, Ltd.
and Christopher P.C. Kuchanny*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>                    Plaintiff,<br><br>v.<br><br>REVELATION CAPITAL MANAGEMENT, LTD., and CHRISTOPHER P.C. KUCHANNY,<br><br>                    Defendants. | No. 14 Civ. 645 (VEC)<br><br>**DECLARATION OF JACK YOSKOWITZ** |

JACK YOSKOWITZ declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am a member of the firm Seward & Kissel LLP, counsel for Defendants Revelation Capital Management, Ltd. and Christopher P.C. Kuchanny (collectively "Defendants"). I submit this declaration in support of Defendants' Motion to Exclude the Testimony of Plaintiff's Expert Witness Guy Erb.

    2.    Attached are copies of the following documents and correspondences, which are referenced in Defendants' Memorandum of Law in Support of Their Motion to Exclude the Testimony of Plaintiff's Expert Witness Guy Erb.

## Index of Exhibits

| Ex. No. | Description |
|---|---|
| 1 | Expert Report of Guy Erb |
| 2 | Expert Report of Edward H. Fleischman |
| 3 | Edward H. Fleischman Deposition Transcript |
| 4 | Expert Report of Gilbert E. Matthews |
| 5 | Gilbert E. Matthews Deposition Transcript |
| 6 | Guy Erb Deposition Transcript |
| 7 | Christopher P.C. Kuchanny Deposition Transcript |
| 8 | Deposition Exhibit 3, Base Shelf Prospectus |
| 9 | John Christopher Stefan Spicer Deposition Transcript |
| 10 | Scott J. Smith Deposition Transcript |
| 11 | Deposition Exhibit 6, Email dated November 4, 2009 from Scott Smith to Stefan Spicer |
| 12 | Deposition Exhibit 38, Engagement Letter dated November 9, 2009 |
| 13 | David A. Scott Deposition Transcript |
| 14 | Deposition Exhibit 9, Press Release dated November 9, 2009 |
| 15 | Deposition Exhibit 10, Term Sheet |
| 16 | Deposition Exhibit 41, Emails dated November 9-10, 2009 between Scott Smith and Christopher P.C. Kuchanny |
| 17 | Email dated November 10, 2009 from Joe Kostandoff to Scott Smith and Julie Harbey |
| 18 | Deposition Exhibit 12, Email dated November 9, 2009 from Brad Ralph to Stefan Spicer Scheduling The Pricing Call |
| 19 | Deposition Exhibit 20, Email dated November 10, 2009 from Tom Koutoulakis to Stefan Spicer |
| 20 | Deposition Exhibit 19, Underwriting Agreement |
| 21 | Deposition Exhibit 22, U.S. Prospectus Supplement |
| 22 | Form F-10, Registration Statement Under the Securities Act of 1933 |

| Ex. No. | Description |
|---|---|
| 23 | Deposition Exhibit 68, Barron's, *Dictionary of Finance and Investment Terms* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2015

                                                  _____
                                                  JACK YOSKOWITZ

SK 28185 0001 6799597